UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
SEP 26 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.                                              INDICTMENT NO. 6:24-CR-064-REW

**ROBERT M. SMITH,**
  **aka PUMPKIN, and**
**KIMBERLY L. HANDY**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 21 U.S.C. § 846

On or about a date in August 2023, the exact date unknown, and continuing through on or about February 2024, in Perry County, Breathitt County, and Fayette County, in the Eastern District of Kentucky,

**ROBERT M. SMITH,**
**aka PUMPKIN, and**
**KIMBERLY L. HANDY**

did conspire together and with others to knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

As part of the conspiracy, it was agreed upon and reasonably foreseeable as to **ROBERT M. SMITH, aka PUMPKIN,** that 40 grams or more of a mixture or substance containing a detectable amount of fentanyl would be distributed.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about February 28, 2024, in Breathitt County, in the Eastern District of Kentucky,

**ROBERT M. SMITH,**
**aka PUMPKIN,**

did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 18 U.S.C. § 924(c)(1)(A)

On or about February 28, 2024, in Breathitt County, in the Eastern District of Kentucky,

**ROBERT M. SMITH,**
**aka PUMPKIN,**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 2, that is, possession with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, in violation of 21 U.S.C. § 841, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 4
## 18 U.S.C. § 922(g)(1)

On or about February 28, 2024, in Breathitt County, in the Eastern District of Kentucky,

**ROBERT M. SMITH,**
**aka PUMPKIN,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: (1) a Bond Arms, Rough and Rowdy, .45 Colt/.410 handgun with serial number 218720; (2) a Bond Arms, Rough and Rowdy, .45 Colt/.410 handgun with serial number 189368; (3) a Century Arms Inc., TP9, 9mm handgun with serial number T6472-18 AP08588; (4) a Rock Island Armory, Model M1911 A1-FS, .45 caliber handgun with serial number RIA1738255; (5) a Springfield Armory 9mm handgun with serial number AT236547; (6) a Springfield Armory USA, XDE, .45 caliber handgun with serial number HE114367; (7) a Savage .17 caliber bolt action rifle with serial number 2499936; (8) an Interarms Sporter, 7.62x39 semi-automatic rifle with serial number PAC115023321; (9) a Braztech Taurus, .45LC/.410 revolver with serial number EW4205; (10) a Remington Model 870 pump-action shotgun with serial number B925336U; (11) a Winchester .30/.30 lever-action rifle with serial number LS36492; (12) a Rossi semi-automatic rifle, .22 caliber, with serial number 7CA185121N, and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 5
### 21 U.S.C. § 841

On or about February 28, 2024, in Breathitt County, in the Eastern District of Kentucky,

**KIMBERLY L. HANDY**

did knowingly and intentionally possess with the intent to distribute controlled

substances, including a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1. By virtue of the commission of the felony offenses alleged in Count 1, 2, and 5 of the Indictment, **ROBERT M. SMITH, aka PUMPKIN, and KIMBERLY L. HANDY**, shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. §§ 841 and 846, and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. §§ 841 and 846. Any and all interest that **ROBERT M. SMITH aka PUMPKIN, and KIMBERLY L. HANDY** have in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in Counts 3 and 4 of the Indictment, **ROBERT M. SMITH aka PUMPKIN** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. § 924 and 18 U.S.C. § 922. Any and all interest that **ROBERT M. SMITH, aka PUMPKIN** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3.  The property to be forfeited includes, but is not limited to, the following items seized on or about February 28, 2024:

**CURRENCY:**

$29,441.00 in United States currency seized from Robert M. Smith, aka Pumpkin.

$642.00 in United States currency seized from Kimberly L. Handy.

**FIREARMS AND AMMUNITION:**

### Seized from Robert M. Smith, aka Pumpkin:

a. Bond Arms, Rough and Rowdy, .45 Colt/.410 handgun with serial number 218720;
b. Bond Arms, Rough and Rowdy, .45 Colt/.410 handgun with serial number 189368;
c. Century Arms Inc., TP9, 9mm handgun with serial number T6472-18 AP08588;
d. Rock Island Armory, Model M1911 A1-FS, .45 caliber handgun with serial number RIA1738255;
e. Springfield Armory 9mm handgun with serial number AT236547;
f. Springfield Armory USA, XDE, .45 caliber handgun with serial number HE114367;
g. Savage .17 caliber bolt action rifle with serial number 2499936;
h. Interarms Sporter, 7.62x39 semi-automatic rifle with serial number PAC115023321;
i. Braztech Taurus, .45LC/.410 revolver with serial number EW4205;
j. Remington Model 870 pump-action shotgun with serial number B925336U;
k. Winchester .30/.30 lever-action rifle with serial number LS36492;
l. Rossi semi-automatic rifle, .22 caliber, with serial number 7CA185121N;
m. All associated ammunition and accessories.

### Seized from Kimberly L. Handy:

a. KelTec P32 .32 caliber semi-automatic handgun with a serial number CW847;
b. Derringer Corp. .22 caliber pistol with a serial number E035729;
c. All associated ammunition and accessories.

4. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

# PENALTIES

## COUNTS 1, 2, and 5

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If responsible for 40 grams or more of a mixture or substance containing fentanyl:** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

> **If Prior Serious Drug Felony or Serious Violent Felony Conviction:** Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

## COUNT 3:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

## COUNT 4:

Not more than 15 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.